UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          Case No. 8:14-CR-270-T-27EAJ

MARIA LETICIA HERNANDEZ

_____/

ORDER

This cause is before the Court *sua sponte*. It appearing that the oral pronouncement of Defendant's sentence and the corresponding Judgment is in need of clarification and/or correction.[1] Pursuant to Rule 34(a), Fed.R.Crim.P., it is **ORDERED and ADJUDGED** that Defendant's sentence and Judgment be amended as follows:

Defendant is sentenced to the custody of the United States Bureau of Prisons for a term of six (6) months, to be followed by a three (3) year term of supervised release subject to the standard terms and conditions of supervision adopted in this district, with a special condition of twelve (12) months of home detention, subject to the standard terms and conditions of home detention adopted in this district, including electronic monitoring, the cost of which Defendant shall contribute to in an amount determined by U.S. Probation to be reasonable. Defendant shall perform 250 hours of community service as directed by her Probation officer, half of which may be satisfied by hourly, gainful employment.

It is recommended that Defendant be designated to serve her six month sentence at the BOP

---

[1] The sentence was intended to be imposed consistent with USSG § 5C1.1(c).

facility at Los Angeles MDC, which is the closest facility to her minor children. Defendant may self surrender at the direction of the United States Marshal.

This is a qualifying felony and Defendant shall cooperate in the collection of DNA as directed by U.S. Probation. The mandatory drug testing requirement of the Violent Crime Control Act is waived, as is a fine, considering Defendant's financial circumstances. Defendant is ordered to pay a $100 special assessment which is due immediately.

The Clerk is directed to prepare an Amended Judgment consistent with this Order. The objection of the United States to the variance is noted, and overruled, in accordance with the Court's discussion of the sentencing factors set forth in 18 U.S.C. § 3553(a). Any additional objections to this clarification shall be filed within twenty four hours.

Defendant has fourteen (14) days from entry of the Amended Judgment within which to appeal, and is entitled to be represented by counsel. If she is unable to afford counsel, the Court will appoint counsel to represent Defendant on appeal and the Clerk will accept Defendant's Notice of Appeal without payment of the filing fee.

**DONE AND ORDERED** this 12th day of May, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Defendant
Counsel of Record
U.S. Probation
U.S. Marshal
U.S. Bureau of Prisons